UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| DENNIS W. GRANATA, | ) | 3:13-CV-00081-PMP-VPC |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| TRUSTMARK INSURANCE COMPANY, *et al*., | ) | |
| Defendants. | ) | |

Having read and considered Plaintiff's fully briefed Motion for Remand (Doc. #12) filed March 19, 2013, and finding that Defendant has not demonstrated by a preponderance of the evidence that the amount in controversy at issue by Plaintiff's claims exceeds $75, 000.00, and good cause appearing,

**IT IS ORDERED** that Plaintiff's Motion for Remand (Doc. #12) pursuant to 28 U.S.C. § 1447(c) is hereby **GRANTED** and that this action is hereby remanded to the Second Judicial District Court of the State of Nevada in and for the County of Washoe.

DATED: April 22, 2013

_____
PHILIP M. PRO
United States District Judge