UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DENNIS W. GRANATA,               )<br>                                                  )<br>                    Plaintiff,          )<br>                                                  )<br>  vs.                                            )<br>                                                  )<br>TRUSTMARK INSURANCE    )<br>COMPANY, *et al.*,                  )<br>                                                  )<br>                    Defendants.     )<br>_____) | 3:13-CV-00081-PMP-VPC<br><br>**<u>ORDER</u>** |

Before the Court for consideration is Plaintiff's fully briefed Motion for Attorney's Fees Pursuant to 28 U.S.C. Section 1447 (c) (Doc. #24).  Plaintiff correctly states and has met the standard to be applied in considering this Motion and has demonstrated it is entitled to the relief requested.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Attorney's Fees Pursuant to 28 U.S. C. Section 1447 (c) (Doc. #24) is Granted in the sum of $5,600, payable by Defendant to Plaintiff within 30 days of the date of this Order.

DATED: July 30, 2013.

*/s/ Philip M. Pro*
_____
PHILIP M. PRO
United States District Judge